

<table>
<tr><td><strong>STEVEN BANKS</strong><br><em>Corporation Counsel</em></td><td align="center"><span>THE CITY OF NEW YORK</span><br><strong>LAW DEPARTMENT</strong><br>100 CHURCH STREET<br>NEW YORK, NY 10007</td><td align="right"><strong>MARTHA NIMMER</strong><br><em>Special Assistant Corporation Counsel</em><br>Cell: (917) 499-8632</td></tr>
</table>

March 20, 2026

**<u>VIA ECF</u>**
Hon. Katherine Polk Failla
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007



Re:    *L.L., et al. v. New York City Dep't. of Educ.,* 26-cv-1604 (KPF)(HJR)

Dear Judge Failla:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative proceeding under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

Defendant writes to respectfully request that the March 19, 2026 answer deadline be extended 90 days, *nunc pro tunc*, to June 17, 2026. Plaintiff consents to this request. Defendant also respectfully requests that the May 29, 2026 initial conference be extended to two weeks after Defendant files its answer. Plaintiff also consents to this request. These are the first requests for extensions of the answer deadline and joint status letter deadline. I apologize for the tardiness of this letter, as I was just assigned to this matter yesterday.

The extensions will give Defendant time to perform its internal review and make a request for authority to the Office of the Comptroller. The parties are hopeful that they can settle this matter without further burden on the Court's time.

Accordingly, Defendant requests that the answer deadline be extended to June 17, 2026 and the initial conference be extended to two weeks after Defendant files its answer.

Thank you for considering these requests.

Respectfully submitted,
/s/
Martha Nimmer
Special Assistant Corporation Counsel

cc: Courtney Haas, Esq. (via ECF)

Application GRANTED.  Defendant's time to answer or otherwise respond to the complaint is hereby adjourned to **June 17, 2026.**  In addition, the initial pretrial conference currently scheduled for May 29, 2026, is hereby ADJOURNED *sine die* to be rescheduled if and when Defendant files an answer.

The Clerk of Court is directed to terminate the pending motion at docket entry 7.

Dated:     March 23, 2026          SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE